TENEMENT HOUSE DEPARTMENT OF CITY OF NEW YORK v. ATLANTIC REALTY CO.

(Supreme Court, Appellate Term. February 18, 1910.)

CORPORATIONS (§ 507*)—ACTIONS—SERVICE OF PROCESS.

The court acquires no jurisdiction over a defendant corporation, where it does not appear that there was service of summons on any of its directors or officers or managing agent.

[Ed. Note.—For other cases, see Corporations, Cent. Dig. §§ 1971–2000; Dec. Dig. § 507.*]

Appeal from Municipal Court, Borough of Manhattan, Ninth District.

Action by the Tenement House Department of the City of New York against the Atlantic Realty Company. From a judgment for plaintiff, defendant appeals. Reversed.

Argued before SEABURY, LEHMAN, and BIJUR, JJ.

Moore, Bleecker & Wheeler, for appellant.

BIJUR, J. This appeal is taken pursuant to the provisions of section 311 of the Municipal Court act, "where the defendant appeals from a judgment rendered in an action wherein he did not appear, and a summons was not personally served upon him." Respondent does not contest the appeal.

The defendant claims never to have been served with a summons, and submits affidavits in support of its contention. The affidavits explicitly negative service of the summons upon any of the directors or officers or managing agent of the corporation. They state that they do not know who the person served as a director may be, but that he is and was not a director or otherwise connected with the company. Under such conditions, the court below acquired no jurisdiction over the defendant. Hodge v. Acorn Brass Mfg. Co., 50 Misc. Rep. 627, 98 N. Y. Supp. 673.

Judgment reversed, with costs, and complaint dismissed. All concur.

---

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes.